**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NICOLE R. BREDBENNER | : | No. 605 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| MICHAEL HALL, SR. | : | |
| | : | |
| | : | |
| PETITION OF: LEBANON COUNTY | : | |
| DOMESTIC RELATIONS OFFICE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 23rd day of July, 2024, the Petition for Allowance of Appeal is

**GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining

issue. The issue, as stated by Petitioner, is:

> Where a contemnor, after a finding of contempt, posits that he
> is unable to pay a purge, does the contemnor waive the issue
> if he fails to proffer affirmative proof of his financial
> circumstances?